AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

JAMES PATTERSON

ALIAS

V.

ALIAS **SUMMONS IN A CIVIL ACTION**

COLLECTCORP CORPORATION

CASE NUMBER: 2:07-cv-986

TO: (Name and address of Defendant)

COLLECTCORP CORPORATION
C/O REG. AGENT THE CORPORATION COMPANY
2000 INTERSTATE PARK DR., SUITE 204
MONTGOMERY, AL 36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

W. WHITNEY SEALS, ESQ.
PATE & COCHRUN, LLP
PO BOX 10448
BIRMINGHAM, AL 35202-0448

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_   December 12, 2007
CLERK                DATE

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                             *Signature of Server*

                                         _____
                                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Sender:

DEBRA P. HACKETT, CLERK
PO BOX 711
MONTGOMERY, AL 36101-0711

7116 9125 4160 0300 2994

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: (☐ Addressee or ☐ Agent)
X

B. Received By: (Please Print Clearly)

C. Date of Delivery

D. Addressee's Address (If Different From Address Used by Sender)

Secondary Address / Suite / Apt. / Floor (Please Print Clearly)

Delivery Address

City    State    ZIP + 4 Code

4. Restricted Delivery? (Extra Fee) ☐ Yes
3. Service Type: CERTIFIED
2. Article Number: 7116 9125 4160 0300 2994

7116 9125 4160 0300 2994

1. Article Addressed To:

COLLECTCORP CORPORATION
REG. AGT THE CORPORATION CO.
2000 INTERSTATE PK DR., STE 204
MONTGOMERY AL 36109

2:07CV986 (cmp l alias sm)

DEBRA P. HACKETT, CLERK
PO BOX 711
MONTGOMERY, AL 36101-0711

COLLECTCORP CORPORATION
REG. AGT THE CORPORATION CO.
2000 INTERSTATE PK DR., STE 204
MONTGOMERY AL 36109

7116 9125 4160 0300 2994

CERTIFIED MAIL

