DEBRA P. HACKETT, CLERK
PO BOX 711
MONTGOMERY, AL 36101-0711

| | |
|---|---|
| 4. Restricted Delivery? (Extra Fee) ☐ Yes | 3. Service Type CERTIFIED |
| 2. Article Number 7116 9125 4160 0300 2994 | |

COMPLETE THIS SECTION ON DELIVERY

Signature: (☐ Addressee or ☐ Agent)
The Corporation Company

Received By: (Please Print Clearly)
The Corporation Company

Date of Delivery
12/18/07

Addressee's Address (If Different From Address Used by Sender)

Secondary Address / Suite / Apt. / Floor (Please Print Clearly)

Delivery Address

City    State    ZIP + 4 Code

7116 9125 4160 0300 2994

1. Article Addressed To:

COLLECTCORP CORPORATION
REG. AGT THE CORPORATION CO.
2000 INTERSTATE PK DR., STE 204
MONTGOMERY AL 36109

2:07cv986 (cmplalias sm)