DEBRA P. HACKETT, CLERK
PO BOX 711
MONTGOMERY, AL 36101-0711

| | |
|---|---|
| 4. Restricted Delivery? (Extra Fee) ☐ Yes | 3. Service Type CERTIFIED |
| 2. Article Number 7116 9125 4160 0300 2994 | |

MPLETE THIS SECTION ON DELIVERY

Signature: (☐ Addressee or ☐ Agent)
The Corporation Company

Received By: (Please Print Clearly)
The Corporation Company

Date of Delivery
12/18/07

ddressee's Address (If Different From Address Used by Sender)

ondary Address / Suite / Apt. / Floor (Please Print Clearly)

very Address

State    ZIP + 4 Code

7116 9125 4160 0300 2994

1. Article Addressed To:

COLLECTCORP CORPORATION
REG. AGT THE CORPORATION CO.
2000 INTERSTATE PK DR., STE 204
MONTGOMERY AL 36109

2:07cv986 (cmp alias sm)

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA


Civil Misc. No 00-3047

**ORDER**

**CONFLICT DISCLOSURE STATEMENT**

In compliance with Fed. R. App. P. 26.1, Fed. R. Bankr. P. 1007(a)(1) and 7007.1, Fed R. Civ. P. 7.1, and Fed. R. Crim. P. 12.4, and other considerations which require judges to avoid conflicts of interest with unnamed corporations, partnerships, limited liability entities, joint ventures, trust entities, and other entities which may be related to parties to actions in this court, it is

ORDERED that this court's order (Civ. Misc. No. 00-3047) (Doc. # 2) entered February 16, 2007, is hereby VACATED. It is further ORDERED as follows:

1. All parties (including individuals and governmental entities) shall file a statement identifying all parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities that could potentially pose a financial or professional conflict for a judge. The statement shall be filed with a party's first appearance. If there are no reportable relationships, that fact shall be certified in the filing.

2. In addition to this requirement which applies to all cases, all bankruptcy appeals shall be accompanied by a statement identifying the debtor, the members of creditors' committee, any entity which is an active participant in the proceedings, and other entities whose stock or equity value may be substantially affected by the outcome of the proceedings.

3. It is the responsibility of each party to a case to file a supplemental disclosure statement if, during the pendency of the case, additional reportable entities develop that would have been reportable initially.

4. This rule shall become effective on the date of filing, and shall apply to all cases pending in this court after that date.

DONE this 12th day of June, 2007

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE


/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE


/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE

**\*\*SAMPLE NOTICE FORMAT\*\***

**Note:** When E-Filing this pleading, please enter a separate docket entry. The event entry is located on CM/ECF by clicking: **CIVIL > OTHER DOCUMENTS > CORPORATE DISCLOSURE STATEMENT**
A **screen-fillable** Adobe Acrobat PDF form, which can be saved and E-Filed, is available on-line; it is available at http://www.almd.uscourts.gov/docs/CONFLICT_DISCLOSURE_STATEMENT_FILLABLE.pdf

```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF ALABAMA
           _____ DIVISION
```

_____,     )
                                       )
    Plaintiff,                         )
                                       )
v.                                     )    CASE NO. _____
                                       )
_____,      )
                                       )
    Defendants,                        )

## CONFLICT DISCLOSURE STATEMENT

  COMES NOW _____, a [Plaintiff/Defendant] in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐   This party is an individual, or

☐   This party is a governmental entity, or

☐   There are no entities to be reported, or

☐   The following entities and their relationship to the party are hereby reported:

Reportable Entity          Relationship to Party

_____    _____

_____    _____

_____    _____

_____    _____

_____            Signature
Date              Counsel

             Counsel for (print names of all parties)

             Address, City, State Zip Code

             Telephone Number

Also requires a certificate of Service