# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **JAMES JEFFERSON,** ) | **CIVIL ACTION NUMBER:** |
| ) | **07-CV-0986** |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| **COLLECTCORP CORPORATION,** ) | |
| ) | |
| Defendants. ) | |

## COLLECTCORP CORPORATION
## CORPORATE DISCLOSURE STATEMENT

**COMES NOW**, Defendant Collectcorp Corporation ("Collectcorp"), by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure Rule 7.1 hereby submits its Corporate Disclosure Statement:

1. Fed. R. Civ. P. 7.1(a) provides: "A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation."

2. Collectcorp Corporation is a privately owned business, beneficially owned by one individual. It is not publicly traded. Its principal place of business is at 455 North 3rd Street, Suite 260, Phoenix, AZ 85004

and it has a Branch office – 415 Yonge Street, Suite 2000, Toronto Ontario CANADA M5B 2E7. No publicly held corporation owns 10% or more of Collectcorp Corporation stock.

    Respectfully Submitted:

    *s/Laura C. Nettles*
    Laura C. Nettles (ASB-5805-S63L)
    Counsel for Defendant
    **Collectcorp Corporation**

**OF COUNSEL:**

**LLOYD, GRAY & WHITEHEAD, P.C.**
2501 20th Place South, Suite 300
Birmingham, AL 35223
(205) 967-8822 – Telephone
(205) 967-2380 – Facsimile

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing document to all attorneys of record by electronically filing the foregoing document with the United States District Court, Middle District of Alabama on this the **8th** day of **January, 2008**:


Michael W. Lindsey, Esq.
**Weaver Tidmore, LLC**
200 Cahaba Park Circle, Ste. 214
Birmingham, AL 35242

W. Whitney Seals, Esq.
**Pate & Cochrun, LLP**
P.O. Box 10448
Birmingham, AL 35202-0448


                                         *s/Laura C. Nettles*
                                         OF COUNSEL