IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES JEFFERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NUMBER: |
| | ) | |
| COLLLECTCORP CORPORATION | ) | 07-cv-0986 |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW**, the Plaintiff, **JAMES JEFFERSON**, and the Defendant, **COLLECTCORP CORPORATION**, by and through their attorneys of record, and stipulate that all claims of Plaintiff against Defendant, in this proceeding are to be dismissed with prejudice, with each party to bear its own costs. The Parties hereby request that this Court enter an Order dismissing the above-styled proceeding with prejudice.

This the 27th day of February, 2008.

          Respectfully submitted,

          s/*Laura C. Nettles*
          Laura C. Nettles (ASB5805-S63L)
          Counsel for Defendant
          Phillips & Cohen Associates, Ltd.

OF COUNSEL:

**LLOYD, GRAY & WHITEHEAD, P.C.**
2501 20th Place South, Suite 300
Birmingham, Alabama 35223
(205) 967-8822 – Telephone
(205) 967-2380 – Facsimile

          Michael W. Lindsey
          Counsel for Plaintiff
          James Jefferson

OF COUNSEL:

**Weaver Tidmore, LLC**
200 Cahaba Park Circle, Ste 214
Birmingham, AL 35242

          W. Whitney Seals
          Counsel for Plaintiff
          James Jefferson

OF COUNSEL:

**Pate & Cochrun, LLP**
P.O. Box 10448
Birmingham, AL 35202-0448