IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES JEFFERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:07-cv-986-MEF |
| | ) | |
| COLLECTCORP CORPORATION, | ) | (WO- Do Not Publish) |
| | ) | |
| Defendant. | ) | |

# **FINAL JUDGMENT**

Upon consideration of the Joint Stipulation of Dismissal with Prejudice (Doc. # 12) filed on February 27, 2008, it is

ORDERED and ADJUDGED that this case be and is hereby DISMISSED in its entirety with prejudice, each party to bear his or its own costs and expenses. It is further

ORDERED that all pending deadlines are terminated and all pending motions are hereby DENIED as moot.

The Clerk of the Court is DIRECTED to enter this document on the civil docket sheet as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close this file.

DONE this the 28th day of February, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE